AO 440 (Rev. 8/01) Summons in a Civil Action

# DISTRICT COURT OF GUAM

NIPPO CORPORATION,

                Plaintiff,

V.

INTERNATIONAL BRIDGE CORPORATION,
INTERNATIONAL BRIDGE AND CONSTRUCTION/
MARIANAS, INC., AND INTER BAY CIRCLE MARINE,

                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-00020**

**FILED**
DISTRICT COURT OF GUAM
AUG - 3 2006
MARY L.M. MORAN
CLERK OF COURT

TO: INTERNATIONAL BRIDGE CORPORATION
171 MARINE CORPS DRIVE
YIGO, GUAM 96929

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BLAIR STERLING JOHNSON MOODY MARTINEZ & LEON GUERRERO, P.C.
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGATNA, GUAM 96910

an answer to the complaint which is served on you with this summons, within   <u>TWENTY (20)</u>   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran                               AUG - 1 2006

CLERK                                                          DATE

*/s/ Marilyn B. Alcon*
(By) DEPUTY CLERK

**ORIGINAL**

&AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | AUGUST 1, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| JOHN L. MANIBUSAN | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Served corporate defendant through its director and officer, William Toelkes, by personally serving him at 171 Marine Corps Drive, Yigo, Guam 96929.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/3/06
*Date*          *Signature of Server*

Suite 008 Pacific News Bldg., 238 Archbishop F.C. Flores St.,

Hagatna, Guam 96910
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.