CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8868/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants*



FILED
DISTRICT COURT OF GUAM

AUG 2 4 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION, | CIVIL CASE NO. CV06-00020 |
| Plaintiff, | |
| vs. | STIPULATION SETTING TIME FOR RESPONSE TO AMENDED COMPLAINT |
| INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., AND INTER BAY CIRCLE MARINE, | |
| Defendants. | |

This stipulation is entered into between plaintiff, and defendants International Bridge Corporation, International Bridge and Construction/Marianas, Inc., and Inter Bay Circle Marine (hereinafter collectively "Defendants"). Plaintiff has informed defendants of its intention to amend its complaint within the next twenty days to add additional parties and claims. In anticipation of such amendment, the parties stipulate that the defendants do not need to respond to the complaint

///

///

///

///

presently on file, and that the defendants shall have twenty (20) days following the service of the amended complaint in which to answer or otherwise respond to the amended complaint.

SO STIPULATED.

**BLAIR STERLING & JOHNSON**

Date: August 22, 2006

By: _____
THOMAS C. STERLING
*Attorneys for Plaintiff*
*Nippo Corporation*

**CIVILLE & TANG, PLLC**

Date: August 22, 2006

By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants*
International Bridge Corporation,
International Bridge and
Construction/Marianas, Inc., and
Inter Bay Circle Marine