DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NIPPO CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BRIDGE CORPORATION, *et al.*,<br><br>Defendants.<br><br>INTERNATIONAL BRIDGE CORPORATION and INTERNATIONAL BRIDGE AND CONSTRUCTION/MARAINAS, INC.,<br><br>Counterclaimants<br><br>vs.<br><br>NIPPO CORPORATION,<br><br>Counterclaim Defendants. | Civil Case No. 06-00020<br><br><br><br><br><br><br>**ORDER** |

Due to the scheduling needs of the Court, the Scheduling Conference presently calendared for October 30, 2006, is hereby moved to Tuesday, October 31, 2006, at 10:00 a.m.

SO ORDERED this 6th day of October 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**