DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| NIPPO CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL BRIDGE<br>CORPORATION, *et al.*,<br><br>　　　　Defendants. | Civil Case No. 06-00020 |
| INTERNATIONAL BRIDGE<br>CORPORATION and INTERNATIONAL<br>BRIDGE AND<br>CONSTRUCTION/MARAINAS, INC.,<br><br>　　　　Counterclaimants<br><br>　　vs.<br><br>NIPPO CORPORATION,<br><br>　　　　Counterclaim Defendants. | **MINUTES** |

(✓) SCHEDULING CONFERENCE　　　　( ) PRELIMINARY PRETRIAL CONFERENCE
　　(October 31, 2006, at 10:07 a.m.)

( ) FINAL PRETRIAL CONFERENCE　　( ) STATUS CONFERENCE

**Notes**: Thomas C. Sterling, Esq. appeared on behalf of the Plaintiff/Counterclaim Defendant. Attorneys G. Patrick Civille and Sirena P. Cassidy appeared on behalf of the Defendants/Counterclaimants.

　　　　Judge Manibusan thanked counsel for their fine work in preparing the proposed

Scheduling Order and Discovery Plan. With the addition of a time of "10:00 a.m." inserted into ¶¶10 and 13, Judge Manibusan adopted and approved the dates and deadlines contained in the parties' submission.

    Judge Manibusan recognized the parties' position that mediation before a privately retained construction mediator may be the most appropriate forum for settlement discussions. Judge Manibusan advised counsel to engage in such settlement mediation in advance of trial so as not to further delay the trial date herein.

    The conference concluded at 10:32 a.m.

    Dated: October 31, 2006.

    _____
    JUDITH P. HATTORI
    Law Clerk