Matthew P. Vafidis
(Pro Hac Vice Admission Pending)
Email: matthew.vafidis@hklaw.com
Seth H. Row
(Pro Hac Vice Admission Pending)
Email: serve.shr@hklaw.com
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300
Fax: 503-241-8014

Thomas C. Sterling
Blair Sterling Johnson
Suite 1008
Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: 671-477-7857
Email: tcsterling@kbsjlaw.com

Attorneys for Plaintiff and Counter Defendant
Nippo Corporation

FILED
DISTRICT COURT OF GUAM
MAR 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES,<br><br>Defendants. | Civil Case No. 06-00020<br><br>APPLICATION FOR ADMISSION *PRO HAC VICE* OF SETH H. ROW |

APPLICATION FOR ADMISSION
PRO HAC VICE OF SETH H. ROW - 1

ORIGINAL

Holland & Knight LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: (503)243-2300

Case 1:06-cv-00020   Document 15   Filed 03/13/2007   Page 1 of 2

INTERNATIONAL BRIDGE CORPORATION, AND INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC.,

    Counterclaimants,

vs.

NIPPO CORPORATION,

    Counterclaim Defendant.

---

Comes now, **SETH H. ROW**, and moves pursuant to GR17.1(d), Local Rules of the District Court of Guam, for admission to appear *pro hac vice* before the District Court of Guam, District of Guam, and submits the following information as required by Rule.

1. My residence is: 29 Churchill Downs, Lake Oswego, Oregon 97035.

2. My office address is: Holland & Knight LLP, 2300 U.S. Bancorp Tower, 111 SW Fifth Avenue, Portland, Oregon 97204.

3. Courts to which I have been admitted to practice and date of admission: State of Oregon, year 2002; and State of Washington, year 2002.

4. I am a member of good standing and eligible to practice in said court.

5. I am not currently suspended or disbarred in any other court.

6. I have not made any *pro hac vice* applications to this Court in the last year.

7. I hereby designate Thomas C. Sterling, an active member in good standing with the Bar of this Court, as Local Counsel.

DATED this 8th day of March, 2007.

              _/s/ Seth H. Row_
              Seth H. Row

# 4397135_v1

APPLICATION FOR ADMISSION
PRO HAC VICE OF SETH H. ROW - 2

Holland & Knight LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: (503)243-2300

Case 1:06-cv-00020   Document 15   Filed 03/13/2007   Page 2 of 2