Matthew P. Vafidis
*(Pro Hac Vice Admission Pending)*
Email: matthew.vafidis@hklaw.com
Seth H. Row
*(Pro Hac Vice Admission Pending)*
Email: serve.shr@hklaw.com
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300
Fax: 503-241-8014

Thomas C. Sterling
Blair Sterling Johnson
Suite 1008
Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: 671-477-7857
Email: tcsterling@kbsjlaw.com

Attorneys for Plaintiff and Counter Defendant
Nippo Corporation

**FILED**
DISTRICT COURT OF GUAM
MAR 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES,<br><br>Defendants. | Civil Case No. 06-00020<br><br>APPLICATION FOR ADMISSION *PRO HAC VICE* OF MATTHEW P. VAFIDIS |

APPLICATION FOR ADMISSION
PRO HAC VICE OF MATTHEW P. VAFIDIS - 1

Holland & Knight LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: (503)243-2300

ORIGINAL

Case 1:06-cv-00020  Document 16  Filed 03/13/2007  Page 1 of 2

| | |
|---|---|
| 1 | INTERNATIONAL BRIDGE CORPORATION, AND INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | NIPPO CORPORATION, |
| 6 | Counterclaim Defendant. |

Comes now, **MATTHEW P. VAFIDIS**, and moves pursuant to GR17.1(d), Local Rules of the District Court of Guam, for admission to appear *pro hac vice* before the District Court of Guam, District of Guam, and submits the following information as required by Rule.

1. My residence is: 21 Viejo Vista, Alamo, California 94507.

2. My office address is: Holland & Knight LLP, 50 California Street, Suite 2800, San Francisco, California 94111.

3. Courts to which I have been admitted to practice and date of admission: State of California; year 1982.

4. I am a member of good standing and eligible to practice in said court.

5. I am not currently suspended or disbarred in any other court.

6. I have not made any *pro hac vice* applications to this Court in the last year.

7. I hereby designate Thomas C. Sterling, an active member in good standing with the Bar of this Court, as Local Counsel.

DATED this 5TH day of March, 2007.

_____
Matthew P. Vafidis

# 4397132_v1

APPLICATION FOR ADMISSION
PRO HAC VICE OF MATTHEW P. VAFIDIS - 2

Holland & Knight LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: (503)243-2300