Matthew P. Vafidis
(Pro Hac Vice Admission Pending)
Email: matthew.vafidis@hklaw.com
Seth H. Row
(Pro Hac Vice Admission Pending)
Email: serve.shr@hklaw.com
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: 503-243-2300
Fax: 503-241-8014

Thomas C. Sterling
Blair Sterling Johnson
  Martinez & Leon Guerrero
Suite 1008
Pacific News Building
238 Archbishop F.C. Flores Street
Hagatna, Guam 96910-5205
Telephone: 671-477-7857
Email: tcsterling@kbsjlaw.com

Attorneys for Plaintiff and Counter Defendant
Nippo Corporation

**FILED**
DISTRICT COURT OF GUAM
MAR 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT OF GUAM

NIPPO CORPORATION,

    Plaintiff,

vs.

INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES,

    Defendants.

Civil Case No. 06-00020

CONSENT TO SERVE AS LOCAL COUNSEL

INTERNATIONAL BRIDGE

CONSENT TO SERVE AS LOCAL COUNSEL - 1

ORIGINAL

Holland & Knight LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: (503)243-2300

Case 1:06-cv-00020    Document 17    Filed 03/13/2007    Page 1 of 2

| | |
|---|---|
| 1 | CORPORATION, AND INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., |
| 2 | |
| 3 | Counterclaimants, |
| 4 | vs. |
| 5 | NIPPO CORPORATION, |
| 6 | Counterclaim Defendant. |

1. I, **THOMAS C. STERLING**, am a member in good standing of the Bar of this Court.

2. I hereby consent to serve as local counsel pursuant to GR17.1(e) on behalf of Matthew P. Vafidis and Seth H. Row of the law firm of Holland & Knight.

DATED this 13th day of March, 2007.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

_____
THOMAS C. STERLING

Attorneys for Plaintiff and Counter
Defendant Nippo Corporation

#4397331_v1

CONSENT TO SERVE AS LOCAL COUNSEL - 2

Holland & Knight LLP
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Telephone: (503)243-2300