MATTHEW P. VAFIDIS
SETH H. ROW
HOLLAND & KNIGHT LLP
2300 U.S. BANCORP TOWER
111 SW FIFTH AVENUE
PORTLAND, OR 97204
TEL: (503) 243-2300
FAX: (503-2418014

THOMAS C. STERLING
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TEL: (671) 477-7857

*Attorneys for Plaintiff and Counter Defendant Nippo Corporation*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES,<br><br>Defendants. | CIVIL CASE NO. 06-00020 |
| INTERNATIONAL BRIDGE CORPORATION, and INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC.<br><br>Counterclaimants,<br><br>vs.<br><br>NIPPO CORPORATION,<br><br>Counterclaim Defendant. | **ORDER** |

The Court having considered the *Pro Hac Vice* applications of Matthew P. Vafidis and Seth H. Row and good cause appearing,

**IT IS HEREBY ORDERED** that the applications are approved and Messrs. Vafidis and Row are hereby authorized to appear before this Court in this matter.



**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Mar 16, 2007**

E62\52765-01
G:\WORDDOC\PLD\TCS\312-PROPOSED ORDER RE PRO HAC VICE APPS RE NIPPO V IBC.DOC