CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants/Counterclaimants*



FILED
DISTRICT COURT OF GUAM

APR 1 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION, | CIVIL CASE NO. 06-00020 |
| Plaintiff, | |
| vs. | |
| INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES, | **STIPULATION CONTINUING PRETRIAL AND TRIAL DATES** |
| Defendants. | |
| INTERNATIONAL BRIDGE CORPORATION, AND INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., | |
| Counterclaimants, | |
| vs. | |
| NIPPO CORPORATION, | |
| Counterclaim Defendants. | |

ORIGINAL

The parties stipulate that the pretrial conference and trial in the above matter be continued for a period of ninety (90) days. The basis for this stipulation is that the parties have reached a settlement of their dispute and are in the process of finalizing settlement documents. The parties anticipate a stipulation of dismissal will be submitted within ten (10) days.

CIVILLE & TANG, PLLC

Date: April 18, 2008  By: _____
G. PATRICK CIVILLE
*Attorneys for Defendants/
Counterclaimants*

BLAIR, STERLING, JOHNSON,
MARTINEZ & LEON GUERRERO

Date: April 18, 2008  By: _____
THOMAS C. STERLING
*Attorneys for Plaintiff/
Counterclaim Defendant*