**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants/Counterclaimants*

# IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION, | CIVIL CASE NO. 06-00020 |
| Plaintiff, | |
| vs. | |
| INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES, | **ORDER RE: STIPULATION CONTINUING PRETRIAL AND TRIAL DATES** |
| Defendants. | |
| INTERNATIONAL BRIDGE CORPORATION, AND INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., | |
| Counterclaimants, | |
| vs. | |
| NIPPO CORPORATION, | |
| Counterclaim Defendants. | |

The Stipulation of the parties is hereby APPROVED. The pretrial conference shall be held on May 27, 2008, at 9:00 a.m., and the trial shall commence on June 3, 2008, at 9:00 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
    **Chief Judge**
**Dated: Apr 18, 2008**