THOMAS C. STERLING
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TEL: (671) 477-7857

MATTHEW P. VAFIDIS
SETH H. ROW
HOLLAND & KNIGHT LLP
2300 U.S. BANCORP TOWER
111 SW FIFTH AVENUE
PORTLAND, OR 97204
TEL: (503) 243-2300
FAX: (503-2418014

*Attorneys for Plaintiff and Counterclaim Defendant Nippo Corporation*

**FILED**
DISTRICT COURT OF GUAM

MAY 23 2008 ᵣᴅ.

**JEANNE G. QUINATA**
**Clerk of Court**

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION,<br><br>      Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES,<br><br>      Defendants.<br>INTERNATIONAL BRIDGE CORPORATION, and INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC.<br><br>      Counterclaimants,<br><br>vs.<br><br>NIPPO CORPORATION,<br><br>      Counterclaim Defendant. | CIVIL CASE NO. 06-00020<br><br><br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION TO REMOVE PRE-TRIAL CONFERENCE FROM CALENDAR** |

**WHEREAS,** the parties have reached settlement of this litigation in its entirety but documentation of that settlement

is taking longer than anticipated for various reasons and the parties wish to postpone all proceedings so as to allow the settlement to be consummated;

**NOW, THEREFORE,** the parties hereby stipulate that the Pre-Trial Conference presently scheduled for 9:00 a.m. on Tuesday, May 27, 2008 be removed from the Court's calendar and the Court is requested to set a Status Conference in approximately thirty days with the expectation that the settlement should be achieved and the case dismissed before that date.

**BLAIR STERLING JOHNSON**
**MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION

Dated: May 23, 2008     By: _____
**THOMAS C. STERLING**
*Attorneys for Plaintiff and Counterclaim Defendant Nippo Corporation*

**CIVILLE & TANG, PLLC**

Dated: May 23, 2008     By: _____
**G. PATRICK CIVILLE**
*Attorneys for Defendants and Counterclaimants International Bridge Corporation, International Bridge and Construction/Marianas, Inc., Inter Bay Circle Marine, and William E. Toelkes*

E62\52765-01
G:\WORDDOC\PLD\TCS\377-STIP REMOVE PRE-TRIAL
CONFERENCE FROM CALENDAR RE NIPPO V IBC.DOC