THOMAS C. STERLING
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TEL: (671) 477-7857

MATTHEW P. VAFIDIS
SETH H. ROW
HOLLAND & KNIGHT LLP
2300 U.S. BANCORP TOWER
111 SW FIFTH AVENUE
PORTLAND, OR 97204
TEL: (503) 243-2300
FAX: (503-2418014

*Attorneys for Plaintiff and Counter Defendant Nippo Corporation*

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES,<br><br>Defendants.<br>INTERNATIONAL BRIDGE CORPORATION, and INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC.<br><br>Counterclaimants,<br><br>vs.<br><br>NIPPO CORPORATION,<br><br>Counterclaim Defendant. | CIVIL CASE NO. 06-00020<br><br><br><br><br><br><br><br><br><br><br>**ORDER REMOVING PRE-TRIAL CONFERENCE FROM CALENDAR AND SETTING STATUS CONFERENCE** |

The Court having considered the Stipulation of the parties and good cause appearing, the Pre-Trial Conference at 9:00 a.m.

on Tuesday, May 27, 2008, and the trial currently set for June 3, 2008 at 9:00 a.m., are hereby removed from the Court's calendar and a Status Conference is hereby set for July 2, 2008 at 1:30 p.m.

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: May 23, 2008**