AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT — GUAM

NIPPO CORPORATION

V.

INTERNATIONAL BRIDGE CORPORATION, ET AL.

**NOTICE**

CASE NUMBER: **CV-06-000020**

TYPE OF CASE:

X **CIVIL** ☐ **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

**STATUS CONFERENCE**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | July 2, 2008 at 1:30 P.M. | July 8, 2008 at 9:15 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

June 26, 2008 — Virginia T. Kilgore
DATE — /s/ (BY) DEPUTY CLERK

TO: Blair Sterling Johnson Martinez and Leon Guerrero, P.C.
Civille and Tang, PLLC