# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CIVIL MINUTES
# GENERAL

CASE NO.: CV-06-00020            DATE: July 08, 2008
CAPTION: NIPPO CORPORATION vs INTERNATIONAL BRIDGE CORPORATION, ET AL.

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber            Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 9:25:09 - 9:36:10
CSO: B. Benavente

---

**APPEARANCES:**

Counsel for Plaintiff(s)            Counsel for Defendant(s)
Thomas J. Sterling               G. Patrick Civille

---

**PROCEEDINGS: Status Conference**
- Parties advised court of status of settlement - pending documentation; another 2-3 weeks anticipated.
- Status Conference continued to: <u>August 6, 2008 at 2:00 p.m.</u>

NOTES: