HOLLAND & KNIGHT LLP
Matthew P. Vafidis *(Admitted Pro Hac Vice)*
Email: matthew.vafidis@hklaw.com
50 California Street
San Francisco, California 94111
Telephone: 415-743-6900
Facsimile: 415-743-6910
Seth H. Row *(Admitted Pro Hac Vice)*
Email: serve.shr@hklaw.com
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: 503-243-2300
Facsimile: 503-241-8014

Thomas C. Sterling
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Telephone: (671) 477-7857
Email: tcsterling@kbsjlaw.com.

*Attorneys for Plaintiff and Counter Defendant Nippo Corporation*

**FILED**
DISTRICT COURT OF GUAM

JUL 0 8 2008

**JEANNE G. QUINATA**
**Clerk of Court**

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION, | CIVIL CASE NO. 06-00020 |
| Plaintiff, | |
| vs. | **NOTICE OF WITHDRAWAL OF HOLLAND & KNIGHT LLP AS NIPPO CORPORATION'S CO-COUNSEL** |
| INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES, | Judge: Frances Tydingco-Gatewood |
| | Trial Date: June 3, 2008 |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS. | |

Nippo's Withdrawal of Co-Counsel     1     Civ Case #06-00020

NIPPO CORPORATION ("NIPPO") HEREBY GIVES NOTICE that its Co-Counsel, HOLLAND & KNIGHT, LLP, hereby withdraws as Co-Counsel of Record for NIPPO in and for this matter. This withdrawal is approved, below, by Counsel of Record for NIPPO, the law firm of BLAIR, STERLING, JOHNSON, MARTINEZ & LEON GUERRERO, on behalf of itself and its client.

Dated: May 15, 2008

**HOLLAND & KNIGHT LLP**

By: /s/ M.P. Vafidis
**Matthew P. Vafidis**
*(Admitted Pro Hac Vice)*
Email: matthew.vafidis@hklaw.com
**Seth H. Row**
*(Admitted Pro Hac Vice)*
Email: seth.row@hklaw.com

APPROVED.

**BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO A PROFESSIONAL CORPORATION**

By: /s/
**Thomas C. Sterling**
Email: tcsterling@kbsjlaw.com
Attorneys for Plaintiff and Counter Defendant Nippo Corporation
Dated: May 8, 2008
June

# 5343510_v1