HOLLAND & KNIGHT LLP
Matthew P. Vafidis *(Admitted Pro Hac Vice)*
Email: matthew.vafidis@hklaw.com
50 California Street
San Francisco, California 94111
Telephone: 415-743-6900
Facsimile: 415-743-6910
Seth H. Row *(Admitted Pro Hac Vice)*
Email: serve.shr@hklaw.com
2300 U.S. Bancorp Tower
111 SW Fifth Avenue
Portland, Oregon 97204
Telephone: 503-243-2300
Facsimile: 503-241-8014

Thomas C. Sterling
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A Professional Corporation
Suite 1008 DNA Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910-5205
Telephone: (671) 477-7857
Email: tcsterling@kbsjlaw.com

*Attorneys for Plaintiff and Counter Defendant Nippo Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION, | CIVIL CASE NO. 06-00020 |
| Plaintiff, | |
| vs. | **ORDER APPROVING WITHDRAWAL OF HOLLAND & KNIGHT AS CO-COUNSEL FOR NIPPO CORPORATION** |
| INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES, | Judge: Frances Tydingco-Gatewood |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS. | |

1       The withdrawal of Holland & Knight LLP as co-counsel for Nippo Corporation in this matter having been approved by client and counsel,

**IT IS SO ORDERED.**

/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: Jul 11, 2008**