# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CIVIL MINUTES
## GENERAL

CASE NO.: CV-06-00020　　　　　　　　　　DATE: August 06, 2008
CAPTION: Nippo Corporation v. International Bridge Corporation

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 2:04:31 - 2:11:35
CSO: J. Lizama

---

**APPEARANCES:**

Counsel for Plaintiff(s)　　　　　　　　Counsel for Defendant(s)
Thomas C. Sterling　　　　　　　　　　G. Patrick Civille

---

**PROCEEDINGS: Status Hearing**

- Plaintiff informed court that the parties have settled but have not closed.
- Defendant informed court of deficiencies and that the settlement should close by the end of this month.
- Court advised Plaintiff that if settlement does not close by the end of the month, plaintiff may file its show cause motion and the court will entertain the motion expeditiously.
- Status Hearing set for: 9/3/2008 at 2:00 PM

NOTES: