CIVILLE & TANG, PLLC
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants/Counterclaimants*




**BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857
FACSIMILE: (671) 472-4290

*Attorneys for Plaintiff/Counterclaim Defendant*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION, | CIVIL CASE NO. 06-00020 |
| Plaintiff, | |
| vs. | |
| INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

//

//

//

ORIGINAL

| | |
|---|---|
| INTERNATIONAL BRIDGE CORPORATION, AND INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., | ) ) ) |
| Counterclaimants, | ) ) |
| vs. | ) ) |
| NIPPO CORPORATION, | ) ) |
| Counterclaim Defendants. | ) ) |

**COME NOW** the parties hereto and hereby stipulate that the above-captioned and numbered case be dismissed with prejudice for the reason that the parties have entered into a settlement agreement disposing of all claims and counterclaims at issue herein, each party to bear their own costs, expenses and attorneys fees. The parties further stipulate that the Court shall retain jurisdiction solely for the purpose of enforcing the terms and conditions of the settlement agreement.

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION

DATED: *September 21*, ~~APRIL~~ , 2008

BY: _____
THOMAS C. STERLING
*Attorneys for Plaintiff/Counterclaim Defendant*

CIVILLE & TANG, PLLC

DATED: MARCH 31, 2008

BY: _____
G. PATRICK CIVILLE
*Attorneys for Defendants/Counterclaimants*

J62\52765-01
G:\WORDDOC\PLD\TCS\365-STIPULATION 4 DWP RE NIPPO V IBC ET AL.DOC