Thomas C. Sterling
BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857

*Attorneys for Plaintiff Nippo Corporation*

FILED
DISTRICT COURT OF GUAM

AUG 22 2008

JEANNE G. QUINATA
Clerk of Court



## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION, ) | CIVIL CASE NO. 06-00020 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **RELEASE OF LIS PENDENS** |
| ) | |
| INTERNATIONAL BRIDGE ) | |
| CORPORATION, INTERNATIONAL ) | |
| BRIDGE AND ) | |
| CONSTRUCTION/MARIANAS, INC., ) | |
| INTER BAY CIRCLE MARINE, AND ) | |
| WILLIAM E. TOELKES ) | |
| ) | |
| Defendants. ) | |

**NOTICE IS HEREBY GIVEN** that the Notice of Lis Pendens recorded on May 22, 2007 as Document Number 755738 as to the following real property:

> **LOT NO. 7030 NEW-2-R1NEW-1, YIGO, GUAM,** as the Lot is marked and designated on Map Drawing No. Dai-S-02-20 recorded at the Guam Department of Land Management, on October 24, 2002, under Instrument No. 664673 containing an area of ±31,435 square meters.

ORIGINAL

is hereby released and exonerated and shall have no further effect upon title to said property.

DATED this 21 day of August, 2008.

        BLAIR STERLING JOHNSON
        MARTINEZ & LEON GUERRERO
        A PROFESSIONAL CORPORATION

BY: _____
    THOMAS C. STERLING
    *Attorneys for Plaintiff Nippo Corporation*

## ACKNOWLEDGMENT

GUAM, U.S.A.    )
                   ) ss:
CITY OF HAGÅTÑA  )

ON THIS 21st day of August, 2008, before me the undersigned notary, personally appeared **THOMAS C. STERLING**, known to me to be an attorney in the law firm of **BLAIR STERLING JOHNSON MARTINEZ & LEON GUERRERO**, A Professional Corporation, attorneys for **NIPPO CORPORATION**, whose name is subscribed to the foregoing **RELEASE OF LIS PENDENS**, and acknowledged to me that he executed the same on behalf of said corporation, in such capacity, being fully authorized to do so, and for the uses and purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
(signature & official seal of notary)

JENNIFER D. S. MENDIOLA
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Apr. 13, 2009
1008 Pacific News Building, 238 Archbishop
F.C. Flores St., Hagatna, Guam 96910

E56\52765-01
G:\WORDDOC\PLD\TCS\385-RELEASE OF LIS PENDENS RE
NIPPO V IBC.DOC

BLAIR STERLING JOHNSON
MARTINEZ & LEON GUERRERO
A PROFESSIONAL CORPORATION
SUITE 1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE (671) 477-7857

- 2 -

Case 1:06-cv-00020   Document 29   Filed 08/22/2008   Page 2 of 2