**CIVILLE & TANG, PLLC**
330 HERNAN CORTEZ AVENUE, SUITE 200
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 472-8869/69
FACSIMILE: (671) 477-2511

*Attorneys for Defendants/Counterclaimants*

**BLAIR STERLING JOHNSON
 MARTINEZ & LEON GUERRERO**
A PROFESSIONAL CORPORATION
SUITE 1008 DNA BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910-5205
TELEPHONE: (671) 477-7857
FACSIMILE: (671) 472-4290

*Attorneys for Plaintiff/Counterclaim Defendant*

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NIPPO CORPORATION, | CIVIL CASE NO. 06-00020 |
| Plaintiff, | |
| vs. | |
| INTERNATIONAL BRIDGE CORPORATION, INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., INTER BAY CIRCLE MARINE, AND WILLIAM E. TOELKES, | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| Defendants. | |
| INTERNATIONAL BRIDGE CORPORATION, AND INTERNATIONAL BRIDGE AND CONSTRUCTION/MARIANAS, INC., | |
| Counterclaimants, | |
| vs. | |
| NIPPO CORPORATION, | |
| Counterclaim Defendants. | |

Based on the stipulation of the parties filed herein, it is hereby ordered, adjudged and decreed that this case, and all claims and counterclaims asserted herein are hereby dismissed with prejudice pursuant to the terms of the Settlement Agreement between the parties which are hereby approved by the Court.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Aug 26, 2008**

J62:56\52765-01
G:\WORDDOC\PLD\TCS\365-JUDGMENT OF DISMISSAL WITH
PREJUDICE RE NIPPO V IBC ET AL.DOC