**DISTRICT COURT OF GUAM**

4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
671-473-9100

| | |
|---|---|
| NIPPO CORPORATION, | Civil Case No. 06-00020 |
| Plaintiff, | |
| vs. | |
| INTERNATIONAL BRIDGE CORPORATION, et al., | |
| Defendants. | |

# NOTICE OF ENTRY

**NOTICE IS HEREBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order or judgment:

**JUDGMENT OF DISMISSAL WITH PREJUDICE**
**signed on August 26, 2008**
**Date of Entry: August 26, 2008**

The original orders or judgments are on file at the Clerk's Office of this court. The documents may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: **www.gud.uscourts.gov**.

Date: August 26, 2008                    Clerk of Court

                                         **/s/ Jeanne G. Quinata**